UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MORGAN, MARY ANN § Case No. 10-21193
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 10, 2010. The undersigned trustee was appointed on May 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         21,062.90

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 21,062.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 10/18/2010 and the deadline for filing governmental claims was 10/18/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,856.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,856.29, for a total compensation of $2,856.29.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/11/2011     By: /s/RICHARD M. FOGEL
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-21193  
**Case Name:** MORGAN, MARY ANN  

**Period Ending:** 01/11/11

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/10/10 (f)  
**§341(a) Meeting Date:** 07/16/10  
**Claims Bar Date:** 10/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium 1170 Sterling Avenue #116 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 154,900.00 | 0.00 | | 1,500.00 | 0.00 |
| 2 | Condominium 1170 Sterling Avenue #202 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 163,400.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Condominium 1095 Sterling Avenue #212 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 176,800.00 | 880.00 | | 825.00 | 0.00 |
| 4 | Condominium 1170 Sterling Avenue #207 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 145,500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Condominium 950 Countryside Drive #117 trust BBT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 186,900.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Condominium 950 Countryside Drive #109 trust BBT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 157,400.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Condominium 1270 Sterling Avenue #104 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 164,900.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Condominium 920 Sterling Avenue #103 trust BBT-2<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 154,900.00 | 0.00 | | 1,500.00 | 0.00 |
| 9 | Condominium 1095 Sterling Avenue #204 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 186,900.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Single family home 3513 Prairie 3513. Debtor own<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 140,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Cash on hand.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition | 5,652.09 | 2,652.09 | | 2,562.08 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-21193  
Case Name: MORGAN, MARY ANN  

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 05/10/10 (f)  
§341(a) Meeting Date: 07/16/10  

Period Ending: 01/11/11  

Claims Bar Date: 10/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 7,367.71 | 13,560.36 | | 13,560.36 | FA |
| 14 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Furs and jewelry.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 100.00 | DA | 0.00 | FA |
| 17 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 19 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 23,533.00 | 0.00 | DA | 0.00 | 0.00 |
| 21 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,378.00 | 0.00 | DA | 0.00 | 0.00 |
| 22 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,299.00 | 0.00 | | 0.00 | 0.00 |
| 23 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,859.00 | 0.00 | DA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-21193  
Case Name: MORGAN, MARY ANN  
Period Ending: 01/11/11

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 05/10/10 (f)  
§341(a) Meeting Date: 07/16/10  
Claims Bar Date: 10/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,867.00 | 0.00 | DA | 0.00 | 0.00 |
| 25 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 11,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 26 | Interests in partnerships or joint ventures. It<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 27 | Other liquidated debts owing debtor including ta<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 1,113.00 | | 1,113.00 | FA |
| 28 | Contingent or noncontingent interests in estate<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 29 | Contingent or noncontingent interests in estate<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 30 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,750.00 | 600.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.45 | Unknown |
| 31 | Assets Totals (Excluding unknown values) | $1,867,430.80 | $18,905.45 | | $21,062.89 | $0.00 |

RE PROP# 13    Includes non-exempt 2009 federal income tax refund  
RE PROP# 26    No equity  
RE PROP# 29    Duplicate listing for #10 (3513 Prairie)

**Major Activities Affecting Case Closing:**

    Determination of deficiency balance after foreclosure and amendment of claim

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-21193  
**Case Name:** MORGAN, MARY ANN  
**Period Ending:** 01/11/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/10/10 (f)  
**§341(a) Meeting Date:** 07/16/10  
**Claims Bar Date:** 10/18/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  **Current Projected Date Of Final Report (TFR):** June 30, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-21193 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | MORGAN, MARY ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******32-65 - Money Market Account |
| Taxpayer ID #: | **-***2971 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/11/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/16/10 | {12} | MARY ANN MORGAN | Non-exempt funds in bank account | 1129-000 | 2,562.08 | | 2,562.08 |
| 07/16/10 | {13} | MARY ANN MORGAN | Non-exempt funds in bank account | 1129-000 | 13,560.36 | | 16,122.44 |
| 07/16/10 | {27} | TREASURER STATE OF ILLINOIS | Non-exempt state income tax refund | 1124-000 | 1,113.00 | | 17,235.44 |
| 07/16/10 | {8} | KRISTINE ZEMLANIKINA | Rent- 920 Sterling | 1110-000 | 750.00 | | 17,985.44 |
| 07/16/10 | {8} | KRISTINE ZEMLANIKINA | Rent-920 Sterling | 1110-000 | 750.00 | | 18,735.44 |
| 07/16/10 | {1} | JOHN JANIKOWSKI | Rent- 1170 Sterling | 1110-000 | 750.00 | | 19,485.44 |
| 07/16/10 | {1} | JOHN JANIKOWSKI | Rent- 1170 Sterling | 1110-000 | 750.00 | | 20,235.44 |
| 07/16/10 | {6} | JOSHUA BOWSER | Rent- 950 Countryside | 1110-000 | 870.00 | | 21,105.44 |
| 07/16/10 | {6} | JOSHUA BOWSER | Rent- 950 Countryside | 1110-000 | 870.00 | | 21,975.44 |
| 07/16/10 | {3} | DANIELLE ANDERSON | Rent- 1095 Sterling | 1110-000 | 825.00 | | 22,800.44 |
| 07/20/10 | | MARY ANN MORGAN | | 1129-000 | 0.01 | | 22,800.45 |
| 07/29/10 | {6} | JOSHUA BOWSER | Reversed Deposit 100002 3 Rent- 950 Countryside | 1110-000 | -870.00 | | 21,930.45 |
| 07/29/10 | {6} | JOSHUA BOWSER | Reversed Deposit 100002 4 Rent- 950 Countryside | 1110-000 | -870.00 | | 21,060.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 21,060.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 21,062.22 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,062.39 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,062.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,062.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,062.90 |
| | | | ACCOUNT TOTALS | | 21,062.90 | 0.00 | $21,062.90 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,062.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,062.90 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-******32-65 | 21,062.90 | 0.00 | 21,062.90 |
| | $21,062.90 | $0.00 | $21,062.90 |

{} Asset reference(s)

Printed: 01/11/2011 10:02 AM   V.12.56

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-21193
Case Name: MORGAN, MARY ANN
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**　　　$　21,062.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:　$　0.00
Remaining balance:　$　21,062.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,856.29 | 0.00 | 2,856.29 |

Total to be paid for chapter 7 administration expenses:　$　2,856.29
Remaining balance:　$　18,206.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　0.00
Remaining balance:　$　18,206.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:　$　0.00
Remaining balance:　$　18,206.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 35,419.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Green Tree Servicing, LLC | 35,419.45 | 0.00 | 18,206.61 |

Total to be paid for timely general unsecured claims: $ 18,206.61
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**