UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 10-21193 |
|---|---|---|
| MORGAN, MARY ANN, | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on March 10, 2011 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: February 7, 2011     By: /s/ Richard M. Fogel
                                 Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MORGAN, MARY ANN § | Case No. 10-21193 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,062.90 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 21,062.90 |

**Balance on hand:**  $ 21,062.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 21,062.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,856.29 | 0.00 | 2,856.29 |

Total to be paid for chapter 7 administration expenses:  $ 2,856.29
Remaining balance:  $ 18,206.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 18,206.61

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,206.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,419.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Green Tree Servicing, LLC | 35,419.45 | 0.00 | 18,206.61 |

Total to be paid for timely general unsecured claims: $ 18,206.61
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Case 10-21193   Doc 58   Filed 02/09/11   Entered 02/11/11 23:25:02   Desc Imaged
Certificate of Service   Page 4 of 5

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/RICHARD M. FOGEL
                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez                Page 1 of 1              Date Rcvd: Feb 09, 2011
Case: 10-21193                 Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on Feb 11, 2011.
db          +Mary Ann Morgan,    3513 Prairie Avenue,    Brookfield, IL 60513-1412
aty         +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty         +Derek D Samz,    DiMonte & Lizak LLC,    216 W Higgins Road,    Park Ridge, IL 60068-5706
tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
15550034    +Ashley Brechel,    1270 Sterling Avenue #104,    Palatine, IL 60067-1949
15550035    +BAC Homes Loans Servicing LP,    1199 N. Fairfax,    Suite 500,    Alexandria, VA 22314-1453
15550036    +Bank of America,    P.O Box 53132,    Phoenix, AZ 85072-3132
15550037    +Brian Dopp,    950 Countryside #117,    Palatine, IL 60067-1933
15550038     Codilis and Associates, PC,    15 W 030 N. Frontage Rd #100,    Willowbrook, IL 60527
15550039    +Cook County Treasurer,    118 N. Clark Street,    Chicago, IL 60602-1590
15550040    +Danielle Anderson,    1095 Sterling Avenue #212,    Palatine, IL 60067-1982
15550041    +ESP 411 holdings, LLC,    c/o Scott Friedman,    1110 W. Lake Cook Rd, Suite 185,
              Buffalo Grove, IL 60089-1998
15550042     Green Tree,    500 Landmark Towers,    Saint Paul, MN 55102-1642
15550044     JP Morgan Chase Bank,    PO Box 901098,    Fort Worth, TX 76101-2098
15550043    +Joshua Bowser,    950 Countryside #109,    Palatine, IL 60067-1931
15550045    +Kristine Zemianlkina,    920 Sterling Avenue #920,    Palatine, IL 60067-8448
15550046    +Laura Ludwig,    1170 Sterling Avenue #207,    Palatine, IL 60067-1936
15550047    +Pierce & Associates,    1 N. Dearborn Street #1300,    Chicago, IL 60602-4373
15602188    +The Woods of Countryside,    975 N Sterling Avenue,    Palatine IL 60067-8479
15550048    +Vito Abbinante,    1170 Sterling #202,    Palatine, IL 60067-1936
15550049     Wells Fargo Bank NA,    3476 State View Boulevard,    Fort Mill, SC 29715-7200
15550050     Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
15550051    +Wells Fargo Visa,    P.O. Box 30086,    Los Angeles, CA 90030-0086

The following entities were noticed by electronic transmission on Feb 09, 2011.
16268709      E-mail/Text: mercedese.d.lester@gtservicing.com
              Green Tree Servicing, LLC,    PO Box 6154,    Rapid City, SD 57709
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2011**                        **Signature:**   _Joseph Speetjens_