# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MORGAN, MARY ANN | § | Case No. 10-21193 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $210,512.00
*(without deducting any secured claims)*

Assets Exempt:  $108,861.00

Total Distribution to Claimants: $18,206.99

Claims Discharged
Without Payment: $29,884.05

Total Expenses of Administration: $2,856.29

---

3) Total gross receipts of $    21,063.28    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $21,063.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,293,548.93 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,856.33 | 2,856.29 | 2,856.29 |
|   PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,826.59 | 35,419.45 | 35,419.45 | 18,206.99 |
| **TOTAL DISBURSEMENTS** | $1,453,375.52 | $38,275.78 | $38,275.74 | $21,063.28 |

4)  This case was originally filed under Chapter 7 on May 10, 2010.
The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2011            By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | 1129-000 | 0.01 |
| Condominium 1170 Sterling Avenue #116 trust BBT- | 1110-000 | 1,500.00 |
| Condominium 1095 Sterling Avenue #212 trust BBT- | 1110-000 | 825.00 |
| Condominium 920 Sterling Avenue #103 trust BBT-2 | 1110-000 | 1,500.00 |
| Checking, savings or other financial accounts, c | 1129-000 | 2,562.08 |
| Checking, savings or other financial accounts, c | 1129-000 | 13,560.36 |
| Other liquidated debts owing debtor including ta | 1124-000 | 1,113.00 |
| Interest Income | 1270-000 | 2.83 |
| **TOTAL GROSS RECEIPTS** | | $21,063.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 137,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 102,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 165,447.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 165,978.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 128,799.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | BAC Homes Loans Servicing LP | 4110-000 | 141,600.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 144,606.93 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 159,120.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 4110-000 | 148,410.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,293,548.93 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,856.33 | 2,856.29 | 2,856.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,856.33 | 2,856.29 | 2,856.29 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Green Tree Servicing, LLC | 7100-000 | 147,155.00 | 35,419.45 | 35,419.45 | 18,206.99 |
| NOTFILED | Wells Fargo Visa | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | The Woods of Countryside | 7100-000 | 6,871.59 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Visa | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 159,826.59 | 35,419.45 | 35,419.45 | 18,206.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-21193 | **Trustee:** (330720)  RICHARD M. FOGEL |
| **Case Name:** MORGAN, MARY ANN | **Filed (f) or Converted (c):** 05/10/10 (f) |
| | **§341(a) Meeting Date:** 07/16/10 |
| **Period Ending:** 05/02/11 | **Claims Bar Date:** 10/18/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium 1170 Sterling Avenue #116 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 154,900.00 | 0.00 | | 1,500.00 | 0.00 |
| 2 | Condominium 1170 Sterling Avenue #202 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 163,400.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Condominium 1095 Sterling Avenue #212 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 176,800.00 | 880.00 | | 825.00 | 0.00 |
| 4 | Condominium 1170 Sterling Avenue #207 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 145,500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Condominium 950 Countryside Drive #117 trust BBT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 186,900.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Condominium 950 Countryside Drive #109 trust BBT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 157,400.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Condominium 1270 Sterling Avenue #104 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 164,900.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Condominium 920 Sterling Avenue #103 trust BBT-2<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 154,900.00 | 0.00 | | 1,500.00 | 0.00 |
| 9 | Condominium 1095 Sterling Avenue #204 trust BBT-<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 186,900.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Single family home 3513 Prairie 3513. Debtor own<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 140,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Cash on hand.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Checking, savings or other financial accounts, c | 5,652.09 | 2,652.09 | | 2,562.08 | FA |

Printed: 05/02/2011 06:57 AM    V.12.56

Exhibit 8

**Form 1**

Page: 2

**Individual Estate Property Record and Report**

**Asset Cases**

Case Number: 10-21193

Case Name:   MORGAN, MARY ANN

Period Ending: 05/02/11

Trustee:   (330720)   RICHARD M. FOGEL

Filed (f) or Converted (c):   05/10/10 (f)

§341(a) Meeting Date:   07/16/10

Claims Bar Date:   10/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 7,367.71 | 13,560.36 | | 13,560.36 | FA |
| 14 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Wearing apparel.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Furs and jewelry.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 100.00 | DA | 0.00 | FA |
| 17 | Interests in insurance policies.  Name insurance<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | Interests in insurance policies.  Name insurance<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 19 | Interests in insurance policies.  Name insurance<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 23,533.00 | 0.00 | DA | 0.00 | 0.00 |
| 21 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 7,378.00 | 0.00 | DA | 0.00 | 0.00 |
| 22 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10,299.00 | 0.00 | | | 0.00 |
| 23 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition | 12,859.00 | 0.00 | DA | 0.00 | 0.00 |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 10-21193 | Trustee:    (330720)    RICHARD M. FOGEL |
| Case Name:    MORGAN, MARY ANN | Filed (f) or Converted (c): 05/10/10 (f) |
| | §341(a) Meeting Date:  07/16/10 |
| Period Ending: 05/02/11 | Claims Bar Date:  10/18/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 24 | Interests in IRA, ERISA, Keogh, or other pension<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,867.00 | 0.00 | DA | 0.00 | 0.00 |
| 25 | Interests in IRA, ERISA, Keogh, or other pension<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 11,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 26 | Interests in partnerships or joint ventures.  It<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 27 | Other liquidated debts owing debtor including ta<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 1,113.00 | | 1,113.00 | FA |
| 28 | Contingent or noncontingent interests in estate<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 29 | Contingent or noncontingent interests in estate<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 30 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,750.00 | 600.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.83 | FA |
| 31 | **Assets**    **Totals** (Excluding unknown values) | **$1,867,430.80** | **$18,905.45** | | **$21,063.27** | **$0.00** |

|  |  |
|---|---|
| RE PROP# 13 | Includes non-exempt 2009 federal income tax refund |
| RE PROP# 26 | No equity |
| RE PROP# 29 | Duplicate listing for #10 (3513 Prairie) |

**Major Activities Affecting Case Closing:**

    Determination of deficiency balance after foreclosure and amendment of claim

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-21193 | **Trustee:**      (330720)    RICHARD M. FOGEL |
| **Case Name:**    MORGAN, MARY ANN | **Filed (f) or Converted (c):** 05/10/10 (f) |
| | **§341(a) Meeting Date:**    07/16/10 |
| **Period Ending:** 05/02/11 | **Claims Bar Date:**    10/18/10 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010      **Current Projected Date Of Final Report (TFR):**      February 7, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-21193 |
| Case Name: | MORGAN, MARY ANN |
| | |
| Taxpayer ID #: | **-***2971 |
| Period Ending: | 05/02/11 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******32-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/10 | {12} | MARY ANN MORGAN | Non-exempt funds in bank account | 1129-000 | 2,562.08 | | 2,562.08 |
| 07/16/10 | {13} | MARY ANN MORGAN | Non-exempt funds in bank account | 1129-000 | 13,560.36 | | 16,122.44 |
| 07/16/10 | {27} | TREASURER STATE OF ILLINOIS | Non-exempt state income tax refund | 1124-000 | 1,113.00 | | 17,235.44 |
| 07/16/10 | {8} | KRISTINE ZEMLANIKINA | Rent- 920 Sterling | 1110-000 | 750.00 | | 17,985.44 |
| 07/16/10 | {8} | KRISTINE ZEMLANIKINA | Rent-920 Sterling | 1110-000 | 750.00 | | 18,735.44 |
| 07/16/10 | {1} | JOHN JANIKOWSKI | Rent- 1170 Sterling | 1110-000 | 750.00 | | 19,485.44 |
| 07/16/10 | {1} | JOHN JANIKOWSKI | Rent- 1170 Sterling | 1110-000 | 750.00 | | 20,235.44 |
| 07/16/10 | {6} | JOSHUA BOWSER | Rent- 950 Countryside | 1110-000 | 870.00 | | 21,105.44 |
| 07/16/10 | {6} | JOSHUA BOWSER | Rent- 950 Countryside | 1110-000 | 870.00 | | 21,975.44 |
| 07/16/10 | {3} | DANIELLE ANDERSON | Rent- 1095 Sterling | 1110-000 | 825.00 | | 22,800.44 |
| 07/20/10 | | MARY ANN MORGAN | | 1129-000 | 0.01 | | 22,800.45 |
| 07/29/10 | {6} | JOSHUA BOWSER | Reversed Deposit 100002 3 Rent- 950 Countryside | 1110-000 | -870.00 | | 21,930.45 |
| 07/29/10 | {6} | JOSHUA BOWSER | Reversed Deposit 100002 4 Rent- 950 Countryside | 1110-000 | -870.00 | | 21,060.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.51 | | 21,060.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.26 | | 21,062.22 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,062.39 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,062.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,062.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,062.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,063.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 21,063.23 |
| 03/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 21,063.28 |
| 03/09/11 | | To Account #9200******3266 | Close account and transfer for final distributions | 9999-000 | | 21,063.28 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 21,063.28 | 21,063.28 | $0.00 |
| Less: Bank Transfers | 0.00 | 21,063.28 | |
| **Subtotal** | 21,063.28 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $21,063.28 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-21193 |
| Case Name: | MORGAN, MARY ANN |
| | |
| Taxpayer ID #: | **-***2971 |
| Period Ending: | 05/02/11 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******32-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/11 | | From Account #9200******3265 | Close account and transfer for final distributions | 9999-000 | 21,063.28 | | 21,063.28 |
| 03/11/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $2,856.29, Trustee Compensation;  Reference: | 2100-000 | | 2,856.29 | 18,206.99 |
| 03/11/11 | 102 | Green Tree Servicing, LLC | 51.40% dividend on Claim # 1A, Ref: XXXXX1401 | 7100-000 | | 18,206.99 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 21,063.28 | 21,063.28 | $0.00 |
| Less: Bank Transfers | 21,063.28 | 0.00 | |
| Subtotal | 0.00 | 21,063.28 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $21,063.28 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******32-65 | 21,063.28 | 0.00 | 0.00 |
| Checking # 9200-******32-66 | 0.00 | 21,063.28 | 0.00 |
| | $21,063.28 | $21,063.28 | $0.00 |